Alden J. Parker (SBN 196808)
E-Mail:  aparker@fisherphillips.com
Christopher S. Alvarez (SBN 294795)
E-Mail:  calvarez@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 210-0400
Facsimile:  (916) 210-0401

Attorneys for Defendant
G & B GROCERS dba RANCHO CORDOVA
GROCERY OUTLET *[erroneously sued as G & B GROCERS
doing business as Grocery Outlet]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURSHAE SMITH, on behalf of herself and all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>G & B GROCERS, a California corporation, doing business as Grocery Outlet, and DOES 1-10,<br><br>          Defendants. | Case No:   2:21-cv-01504-MCE-AC<br><br>**JOINT STIPULATION TO CONTINUE DEADLINES IN INITIAL PRETRIAL SCHEDULING ORDER; ORDER**<br><br><br><br>Complaint Filed:  August 22, 2021<br>Trial Date: None Set |

JOINT STIPULATION TO CONTINUE DEADLINES IN INITIAL PRETRIAL SCHEDULING ORDER; ORDER
FP 45223522.1

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff MAURSHAE SMITH's ("Plaintiff"), G & B GROCERS dba RANCHO CORDOVA GROCERY OUTLET *[erroneously sued as G & B GROCERS doing business as Grocery Outlet]* ("Defendant"), through their respective counsel of record, as follows:

WHEREAS, on August 23, 2021, the Court entered an Initial Scheduling Order (ECF No. 4);

WHEREAS, this Joint Stipulation is not entered into with the intent to delay;

WHEREAS, by continuing the discovery and other deadlines set forth herein, there is no prejudice to any party;

WHEREAS, the parties desire to avoid unnecessary costs associated with these deadlines before completing essential non-expert, and fact discovery while the Parties continue to discuss potential resolution, as incurring said costs on both sides may be an impediment to resolving this case;

WHEREAS, good cause exists for granting the Parties' request to extend the following deadlines by thirty (30) days in accordance with Federal Rules of Civil Procedure Rule 29;

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

JOINT STIPULATION TO CONTINUE DEADLINES IN INITIAL PRETRIAL SCHEDULING ORDER; ORDER
FP 45223522.1

NOW THEREFORE, the Parties respectfully request that the Court modify its Second Amendment to the Scheduling Order, ECF No. 108 and continue the following deadlines:

| Event | Existing Deadline | Requested Deadline |
|---|---|---|
| Deadline to complete all non-expert discovery | September 21, 2022 | November 21, 2022 |
| Deadline to complete fact discovery | October 21, 2022 | December 20, 2022 |
| Deadline to file dispositive motions | November 21, 2022 | January 20, 2023 |
| Deadline to exchange expert disclosures | December 20, 2022 | February 21, 2023 |
| Deadline to serve supplemental list of expert disclosures | January 19, 2023 | March 20, 2023 |

IT IS SO STIPULATED.

DATE:  September ___, 2022                    NUNES WORKER RIGHTS LAW, APC


By: _____
          Anthony J. Nunes

          Attorneys for Plaintiff
          MAURSHAE SMITH


Dated:  September __, 2022                    FISHER & PHILLIPS LLP


By: _____
          Alden J. Parker
          Christopher S. Alvarez

          Attorneys for Defendant
          G & B GROCERS dba RANCHO CORDOVA
          GROCERY OUTLET *[erroneously sued as
          G & B GROCERS doing business as
          Grocery Outlet]*

# ORDER

Having read and considered the Parties' Joint Stipulation, for good cause appearing, IT IS HEREBY ORDERED as follows:

1.      Deadline to complete all non-expert discovery: November 21, 2022;

2.      Deadline to complete fact discovery: December 20, 2022;

3.      Deadline to file dispositive motions: January 20, 2023;

4.      Deadline to exchange expert disclosures: February 21, 2023; and

5.      Deadline to serve supplemental list of expert disclosures: March 20, 2023.

**IT IS SO ORDERED.**

DATED:  September 26, 2022

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO CONTINUE DEADLINES IN INITIAL PRETRIAL SCHEDULING ORDER; ORDER
FP 45223522.1