Alden J. Parker (SBN 196808)
E-Mail: aparker@fisherphillips.com
Christopher S. Alvarez (SBN 294795)
E-Mail: calvarez@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 210-0400
Facsimile: (916) 210-0401

Attorneys for Defendant
G & B GROCERS dba RANCHO CORDOVA
GROCERY OUTLET *[erroneously sued as G & B GROCERS
doing business as Grocery Outlet]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURSHAE SMITH, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>G & B GROCERS, a California corporation, doing business as Grocery Outlet, and DOES 1-10,<br><br>        Defendants. | Case No:   2:21-cv-01504-MCE-AC<br><br>**JOINT STIPULATION TO CONTINUE DEADLINES IN INITIAL PRETRIAL SCHEDULING ORDER; ORDER**<br><br><br><br>Complaint Filed: August 22, 2021<br>Trial Date: None Set |

1

JOINT STIPULATION TO CONTINUE DEADLINES IN INITIAL PRETRIAL SCHEDULING ORDER; ORDER

FP 45663345.1

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff MAURSHAE SMITH's ("Plaintiff"), G & B GROCERS dba RANCHO CORDOVA GROCERY OUTLET *[erroneously sued as G & B GROCERS doing business as Grocery Outlet]* ("Defendant"), through their respective counsel of record, as follows:

WHEREAS, on August 23, 2021, the Court entered an Initial Scheduling Order (ECF No. 4);

WHEREAS, on September 20, 2022, the Parties submitted a Joint Stipulation to Continue Deadlines in Initial Pretrial Scheduling Order (ECF No. 10);

WHEREAS, on September 27, 2022, the Court entered its Order on Joint Stipulation to Continue Deadlines in Initial Pretrial Scheduling Order (ECF No. 11);

WHEREAS, this Joint Stipulation is not entered into with the intent to delay;

WHEREAS, by continuing the discovery and other deadlines set forth herein, there is no prejudice to any party;

WHEREAS, the parties desire to avoid unnecessary costs associated with these deadlines before completing essential non-expert, and fact discovery while the Parties continue to discuss potential resolution, as incurring said costs on both sides may be an impediment to resolving this case;

WHEREAS, good cause exists for granting the Parties' request to extend the following deadlines by thirty (30) days in accordance with Federal Rules of Civil Procedure Rule 29;

///
///
///
///
///
///
///
///
///
///
///

JOINT STIPULATION TO CONTINUE DEADLINES IN INITIAL PRETRIAL SCHEDULING ORDER; ORDER
FP 45663345.1

NOW THEREFORE, the Parties respectfully request that the Court modify its Order on Joint Stipulation to Continue Deadlines in Initial Pretrial Scheduling Order, ECF No. 11, and continue the following deadlines:

| Event | Existing Deadline | Requested Deadline |
|---|---|---|
| Deadline to complete all non-expert discovery | November 21, 2022 | December 21, 2022 |
| Deadline to complete fact discovery | December 20, 2022 | January 20, 2023 |
| Deadline to file dispositive motions | January 20, 2023 | February 20, 2023 |
| Deadline to exchange expert disclosures | February 21, 2023 | March 23, 2023 |
| Deadline to serve supplemental list of expert disclosures | March 20, 2023 | April 19, 2023 |

IT IS SO STIPULATED.

DATE:  November ___, 2022                    NUNES WORKER RIGHTS LAW, APC



By: _____
          Anthony J. Nunes

          Attorneys for Plaintiff
          MAURSHAE SMITH


Dated:  November __, 2022                    FISHER & PHILLIPS LLP



By: _____
          Alden J. Parker
          Christopher S. Alvarez

          Attorneys for Defendant
          G & B GROCERS dba RANCHO CORDOVA
          GROCERY OUTLET *[erroneously sued as
          G & B GROCERS doing business as
          Grocery Outlet]*

JOINT STIPULATION TO CONTINUE DEADLINES IN INITIAL PRETRIAL SCHEDULING ORDER; ORDER

FP 45663345.1

## <u>ORDER</u>

Having read and considered the Parties' Joint Stipulation, for good cause appearing, IT IS HEREBY ORDERED as follows:

1.      Deadline to complete all non-expert discovery: December 21, 2022;

2.      Deadline to complete fact discovery: January 20, 2023;

3.      Deadline to file dispositive motions:  February 20, 2023;

4.      Deadline to exchange expert disclosures: March 23, 2023; and

5.      Deadline to serve supplemental list of expert disclosures: April 19, 2023.

**IT IS SO ORDERED.**


**Dated:  November 20, 2022**

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO CONTINUE DEADLINES IN INITIAL PRETRIAL SCHEDULING ORDER; ORDER

FP 45663345.1