1  Alden J. Parker (SBN 196808)
   E-Mail:  aparker@fisherphillips.com
2  Christopher S. Alvarez (SBN 294795)
   E-Mail:  calvarez@fisherphillips.com
3  FISHER & PHILLIPS LLP
   621 Capitol Mall, Suite 1400
4  Sacramento, California 95814
   Telephone: (916) 210-0400
5  Facsimile:  (916) 210-0401

6  Attorneys for Defendant
   G & B GROCERS dba RANCHO CORDOVA
7  GROCERY OUTLET *[erroneously sued as G & B GROCERS
   doing business as Grocery Outlet]*

8
   Anthony J. Nunes (SBN 290224)
9  Nunes Law Group
   15260 Ventura Blvd, Suite 1200
10 Sherman Oaks, CA 91403
   Telephone (855) 422-5529
11 tony@nuneslawgroup.com

12 Attorneys for Plaintiff MAURSHAE SMITH, on behalf of
   herself and all others similarly situated

13

14                   UNITED STATES DISTRICT COURT

15                   EASTERN DISTRICT OF CALIFORNIA

16

17 | MAURSHAE SMITH, on behalf of herself and all others similarly situated, | Case No:   2:21cv-01504-MCE-AC |

18

19 Plaintiff,    **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS; ORDER**

      v.

20

21 G & B GROCERS, a California corporation, doing business as Grocery Outlet, and DOES 1-10,

22                    Complaint Filed:  August 22, 2021
                      Trial Date: None Set

      Defendants.

23

24

25

26

27

28

                                    1
          JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS; ORDER

FP 49491520.1

Plaintiff MAURSHAE SMITH ("Plaintiff"), Defendant G & B GROCERS dba RANCHO CORDOVA GROCERY OUTLET *[erroneously sued as G & B GROCERS doing business as Grocery Outlet]* ("Defendant") (collectively "the Parties"), by and through their counsel of record, hereby stipulate under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this entire action be dismissed with prejudice.

## **RECITALS**

WHEREAS, on August 22, 2021, Plaintiff filed the action styled *Maushae Smith v. G & B GROCERS, a California corporation, doing business as Grocery Outlet, and DOES 1-10*, in United States District Court Eastern District of California, Case No. 2:21cv-01504-MCE-AC;

WHEREAS, the Parties have agreed to resolve the action through a Settlement Agreement and General Release, fully executed on November 16, 2023 (the "Agreement"); and

WHEREAS, the Parties seek dismissal of this entire action and all claims with prejudice to comply with the Agreement.

## **STIPULATION**

NOW THEREFORE, IT IS HEREBY STIPULATED by the Parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as follows:

1.      The action, and all claims therein, is dismissed with prejudice as to Plaintiff Maurshae Smith, in its entirety, and without prejudice to the remaining aggrieved employees, if any; and

///
///
///
///
///
///
///
///
///
///

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS; ORDER

FP 49491520.1

2.      Each party shall bear its and/or her own respective attorneys' fees and costs.

IT IS SO STIPULATED.


Dated:  February 5, 2024                         FISHER & PHILLIPS LLP


                                    By: */s/ Christopher S. Alvarez*
                                        Alden J. Parker
                                        Christopher S. Alvarez

                                        Attorneys for Defendant
                                        G & B GROCERS dba RANCHO CORDOVA
                                        GROCERY OUTLET *[erroneously sued as
                                        G & B GROCERS doing business as
                                        Grocery Outlet]*


DATE:  February 5, 2024                          NUNES WORKER RIGHTS LAW, APC


                                    By:*/s/ Anthony J. Nunes [as authorized on 2.5.24]*
                                        Anthony J. Nunes

                                        Attorneys for Plaintiff
                                        MAURSHAE SMITH

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS; ORDER

FP 49491520.1

**<u>ORDER</u>**

Pursuant to stipulation of the Parties, and for good cause shown, the above-captioned action shall be dismissed with prejudice, as to Plaintiff Maurshae Smith, in its entirety, and without prejudice to the remaining aggrieved employees, if any, as to all claims brought by Plaintiff against all Defendants.

IT IS SO ORDERED.

Dated:  February 6, 2024

_____

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS; ORDER

FP 49491520.1